AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>EDPA, 601 MARKET ST., RM. 2609, 601 MARKET ST., PHILA., PA 19106 |
|---|---|
| DOCKET NO.<br>13-2864 | DATE FILED<br>5/23/2013 |
| PLAINTIFF<br>MALIBU MEDIA, LLC<br>409 W. OLYMPIC BLVD., STE. 501<br>LOS ANGELES, CA 90015 | DEFENDANT<br>JOHN DOE subscriber assigned IP address 69.249.252.44 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED SHEET | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Copyrights-In-Suit for IP Address 69.249.252.44

**ISP:** Comcast Cable
**Location:** Norristown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/26/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/24/2013 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 08/04/2012 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/07/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/13/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/08/2013 |
| Evening at Home | PA0001782559 | 03/21/2012 | 03/22/2012 | 04/08/2012 |
| Evening at Home Part #2 | PA0001785204 | 04/04/2012 | 04/04/2012 | 04/08/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 03/16/2013 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/28/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 02/12/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/02/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/26/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/29/2012 |
| Private Time | PA0001804966 | 07/31/2012 | 08/21/2012 | 08/28/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/27/2012 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/10/2012 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/13/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 08/31/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/05/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 07/12/2012 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/12/2013 |

EXHIBIT B

EPA146

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Time to Go | PA0001780771 | 03/14/2012 | 03/10/2012 | 03/15/2012 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/16/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/28/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/15/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/15/2012 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/21/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/11/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/04/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/28/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 32**

EXHIBIT B

EPA146